UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:06CR-45-H

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

V.

JACOBA LEE WARNER                                                                                              DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Defendant, Jacoba Warner, has moved the Court to revoke or amend the order of detention pending trial entered by the Magistrate Judge on April 4, 2006. The United States has responded in support of the Magistrate's order.

The Court has reviewed the prior proceedings and concludes that there is probable cause to believe that Jacoba Warner committed offenses under Section 841 of Title 21 of the United States Code, (the Controlled Substances Act) for which a maximum term of imprisonment of 10 years is prescribed. A *de novo* review of the factual and legal issues leads the Court to further conclude that Jacoba Warner has not rebutted the presumption established in 18 U.S.C. § 3142(e) and that no condition or combination of conditions will reasonably assure the appearance of Defendant, as required, and the safety of the community.

The Court finds clear and convincing evidence that Jacoba Warner's release could endanger the community, as evidenced by the nature and circumstances of the drug offenses charged, the weight of the evidence against him, the nature and character of his past conduct and criminal history, and the nature and seriousness of the danger to the community posed by his

release, as shown by the evidence. Warner's family and community ties or the restrictive conditions he proposed do not rebut the presumption of law or convince this Court that there is a condition or combination of conditions of release suitable or appropriate in this case.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the order of detention pending trial entered by the Magistrate Judge on April 4, 2006, is affirmed, and the motion of Jacoba Warner to revoke or amend the order of detention pending trial is DENIED.

cc:     Counsel of Record